1  TRACY L. MAINGUY, Bar No. 176928
   OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for the Plaintiffs

5               UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                  (SAN FRANCISCO DIVISION)

8  GIL CROSTHWAITE and RUSS BURNS, in  )  Case No.: C 07-2195 EMC
   their respective capacities as Trustees of the  )
9  OPERATING ENGINEERS HEALTH AND  )  **SUBSTITUTION OF ATTORNEY**
   WELFARE TRUST FUND FOR NORTHERN  )
10 CALIFORNIA; PENSION TRUST FUND  )
   FOR OPERATING ENGINEERS;  )
11 PENSIONED OPERATING ENGINEERS  )
   HEALTH AND WELFARE FUND;  )
12 OPERATING ENGINEERS ANNUITY  )
   TRUST FUND; OPERATING ENGINEERS  )
13 AND PARTICIPATING EMPLOYERS PRE-  )
   APPRENTICESHIP; APPRENTICE AND  )
14 JOURNEYMEN AFFIRMATIVE ACTION  )
   TRAINING FUND; OPERATING  )
15 ENGINEERS VACATION AND HOLIDAY  )
   PLAN; CONTRACT ADMINISTRATION  )
16 FUND; OPERATING ENGINEERS MARKET )
   PRESERVATION TRUST FUND; and  )
17 OPERATING ENGINEERS INDUSTRY  )
   STABILIZATION TRUST FUND; BUSINESS )
18 DEVELOPMENT TRUST FUND; and  )
   HEAVY & HIGHWAY COMMITTEE,  )
19         Plaintiffs,  )
      vs.  )
20  )
   MARTIN GENERAL ENGINEERING, INC.,  )
21 a California corporation and MARTIN  )
   TRANQUILINO,  )
22  )
         Defendants.  )
23  )

24

25

SUBSTITUTION OF ATTORNEY;
Case No. C 07 2195 EMC
                              - 1

Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Gil Croshtwaite, et al.

CASE NUMBER: C07-2195 EMC

v.

Plaintiff(s)

Martin General Engineering, Inc. a California corporation and Martin Tranquilino

**SUBSTITUTION OF ATTORNEY**

Defendant(s)

Gil Crosthwaite
*Name of Party*

[X] Plaintiff  [ ] Defendant  [ ] Other _____

hereby substitutes Muriel B. Kaplan, SBN 124607 who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  120 Howard St. Suite 520
*Street Address*
San Francisco, CA 94105          (415) 882-7900    (415) 882-9287    124607
*City, State, Zip Code*          *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy
*Present Attorney*

Dated: 5-29-07

*Signature of Party*
Wayne McBride

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07

*Signature of Present Attorney*
Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/1/07

*Signature of New Attorney*
Muriel B. Kaplan

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: 7/24/07

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

G01