1  Chad N. Dunigan, Esq. (SBN 204946)
   KOELLER, NEBEKER, CARLSON & HALUCK, LLP
2  3010 Lava Ridge Court, Ste 160
   Roseville, CA 95661
3  (916) 724-5700
   (916) 788-2850
4
   Attorney for Defendants
5  MARTIN GENERAL ENGINEERING, INC., a
   California corporation and MARTIN TRANQUILINO
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GIL CROSTHWAITE, RUSS BURNS, in            Case No. C07-2195 SC
   their respective capacities as Trustees of the
12 OPERATING ENGINEERS HEALTH AND
   WELFARE TRUST FUND FOR                     SUBSTITUTION OF ATTORNEYS
13 NORTHERN CALIFORNIA, et al.,

14          Plaintiffs,

15 v.

16 MARTIN GENERAL ENGINEERING,
   INC., a California corporation and MARTIN
17 TRANQUILINO,

18          Defendants.

19

20     Defendants, MARTIN GENERAL ENGINEERING, INC., a California corporation and

21 MARTIN TRANQUILINO, make the following substitution of attorneys:

22

23

24   Former Legal Representation:    PAUL S. BJORKLUND, ESQ. (SBN 124175)
                                     LAW OFFICE OF PAUL S. BJORKLUND
25                                   8350 Umbria Avenue
                                     Sacramento, CA 95828
26                                   (916) 628-8754 Telephone
                                     (916) 7330-0343 Facsimile
27                                   pbjorklund@comcast.net

28

1
2
3  New Legal Representation:   CHAD N. DUNIGAN, ESQ. (SBN 204946)
4                              KOELLER, NEBEKER, CARLSON & HALUCK, LLP
                               3010 Lava Ridge Court, Ste 160
                               Roseville, CA  95661
                               (916) 724-5700 Telephone
5                              (916) 788-2850 Facsimile
                               chad.dunigan@knchlaw.com
6
7
8  I consent to this substitution.

   DATED: 4/1/08       , 2008        MARTIN GENERAL ENGINEERING, INC.
9
10
11                                   By: _____
                                     MARTIN TRANQUILINO
12
13 DATED: 4/1/08       , 2008        MARTIN TRANQUILINO

14
15                                   _____
                                     MARTIN TRANQUILINO
16
17 I consent to this substitution.

   DATED: April 1      , 2008        KOELLER, NEBEKER, CARLSON &
18                                   HALUCK, LLP
19
20                                   By: _____
                                     CHAD N. DUNIGAN, ESQ.
21                                   Attorney for Defendants
                                     MARTIN     GENERAL    ENGINEERING,
22                                   INC., a California corporation and MARTIN
                                     TRANQUILINO
23 I consent to this substitution.

24 DATED: 4-3           , 2008       LAW OFFICE OF PAUL S. BJORKLUND

25
26                                   By: _____
                                     PAUL S. BJORKLUND, ESQ.
27

28

IT IS SO ORDERED
Judge Samuel Conti

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
JUDGE OF THE U.S. DISTRICT COURT

Substitution of Attorneys                              C07-2195 SC

<u>Gil Crosthwaite, et al. v. Martin General Engineering, Inc., et al.</u>
United States District Court – Northern District of California Case No: C07-2195 SC

# DECLARATION OF PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action; my business address is, and I am employed at KOELLER NEBEKER CARLSON & HALUCK, LLP, 3010 Lava Ridge Court, Suite 160, Roseville, CA 956gu61.

On the date below I served the following document(s) on the person(s) listed below as follows:

**SUBSTITUTION OF ATTORNEYS**

__X__   BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on the designated recipients through the Electronic Case Filing System for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

**SEE ATTACHED PROOF OF SERVICE LIST**

**PLEASE SEE ATTACHED LIST**

I declare under penalty of perjury the foregoing is true and correct under the laws of the State of California.

Executed at Roseville, California, on April 23, 2008.

Stephanie Rickey

Gil Crosthwaite, et al. v. Martin General Engineering, Inc., et al.
United States District Court – Northern District of California Case No: C07-2195 SC

# SERVICE LIST

| NAMES & ADDRESSES: | PHONE NO.: FAX NO: | PARTY REPRESENTED: |
|---|---|---|
| Muriel B. Kaplan<br>Michele R. Stafford<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900<br>(415) 882-9287 | ATTY FOR PLAINTIFFS GIL CROSTHWAITE, RUSS BURNS, IN THEIR RESPECTIVE CAPACITIES AS TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA |
| Paul S. Bjorklund<br>LAW OFFICES OF PAUL S. BJORKLUND<br>8350 Umbria Avenue<br>Sacramento, CA 95828 | (916) 628-8754 | COUNSEL FOR DEFENDANTS MARTIN GENERAL ENGINEERING AND TRANQUILINO MARTIN |