1  MURIEL B. KAPLAN (SBN 124607)
   MICHELE R. STAFFORD (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., in their capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN GENERAL ENGINEERING, INC., a California Corporation, and MARTIN TRANQUILINO, <br><br> Defendants. | Case No.: C07-2195 SC <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Operating Engineers Health and Welfare Trust Fund for Northern California, et al., and Defendants Martin General Engineering, Inc. and Martin Tranquilino stipulate to the voluntarily dismissal, with prejudice, of Defendants Martin General Engineering, Inc. and Martin Tranquilino in this action. Defendants have paid all amounts claimed by plaintiffs, and plaintiffs have not previously filed or dismissed any similar action against defendant.

Dated: February 3, 2009                SALTZMAN & JOHNSON
                                        LAW CORPORATION


                                        By:_____/S/_____
                                            Michele R. Stafford
                                            Attorneys for Plaintiffs

-1-
**STIPULATION OF VOLUNTARY DISMISSAL**
**Case No. C07-2195 SC**

1  Dated: February 5, 2009                KOELLER, NEBEKER,
                                          CARLSON & HALUCK
2

3                                         By:_____/S/_____
4                                             Bill Ocken
                                              Attorneys for Defendants
5

6  IT IS SO ORDERED.

7

8  Dated: __2/10/09_____           _____
                                          THE HONORABLE SAMUEL CONTI
9                                         SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
10

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" with signature of Judge Samuel Conti]*

                                                                              -2-
                                                    **STIPULATION OF VOLUNTARY DISMISSAL**
                                                              **Case No. C07-2195 SC**

P:\CLIENTS\OE3CL\Martin General Engineering\Pleadings\C07-2195 SC Stipulation for Voluntary Dismissal 020309.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28